71,478-02

January 16, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
Post Office Box 12308
Austin, Texas   78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Re:  Writ No. _____

Trial No. 07-712-K368B

Dear Sir:

Enclosed for timely and proper filing is Movant's

Petition for Writ of Mandamus.

Thank you for presenting this to the Court.

Yours Sincerely,

Johnny Moreno, #1485335
Polunsky Unit
3872 Fm 350 South
Livingston, Texas   77351

cc:  Lisa David, Clerk
     Williamson County Courthouse
     368th Judicial District Court
     Post Office Box 24
     Georgetown, Texas   78627

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

In re JOHNNY MORENO,    §    WRIT NO. _____
                       §
                       §
                       §    TRIAL NO. 07-712-K368B
MOVANT                 §

PETITION FOR WRIT OF MANDAMUS

COMES NOW, Johnny Moreno, the Movant herein, and pursuant to Rule 52.1, of the Texas Rules of Appellate Procedure, properly files this Petition for Writ of Mandamus praying for relief. In support thereof, Movant would show:

I

On September 18, 2014, Mr. Moreno filed an application for writ of habeas corpus in the 368th Judicial District Court of Williamson County, Texas. A filed-stamped copy of the cover page is appended hereto as DEFENDANT'S EXHIBIT "A". On September 19, 2014, the State waived service by certified mail. A copy of the State's Waiver is appended hereto as DEFENDANT'S EXHIBIT "B".

II

Since the September 18, 2014, filing, the State and the trial court have totally failed to comply with provisions of Article 11.07, §3(a), of the Texas Code of Criminal Procedure. Specifically, the State has failed to comply with Article 11.07, § 2(b), which requires the State to provide an answer within 15

-1-

days. Consequently, the trial court has also failed to comply with Artile 11.07, § 3(b), which requires the convicting court to determine whether there are any controverted or unresolved issues within 20 days concerning the legality of Mr. Moreno's confinement.

### III

On October 20, 2014, Mr. Moreno forwarded a letter of inquiry to the Court Clerk. The Clerk responded by forwarding Mr. Moreno a copy of the filing date and the State's waiver of service.

On November 10, 2014, Mr. Moreno forwarded a second letter of inquiry but as of this filing Mr. Moreno has received no response.

### IV

Both the State and the trial court have a ministerial duty to comply with provisions of 11.07 of the Texas Code of Criminal Procedure. Mandamus will lie only to correct a clear abuse of discretion.

Such an abuse is clearly present in Mr. Moreno's case. Accordingly, Movant Moreno now prays that this Honorable Court will GRANT Mandamus relief and ORDER the State and the trial court to come into compliance with the provisions of Artilce 11.07.

Respectfully Submitted

Johnny Moreno, #1485335
Polunsky Unit
3872 Fm 350 South
Livingston, Texas 77351

Executed: 16 January 2015.
Day / Month Year

-2-

## CERTIFICATE OF SERVICE

Service has been accomplished by forwarding a true and correct copy of Petitioner's Petition for Writ of Mandamus, postage prepaid, via U.S. Postal Service, on this _16_ day of January 20 _15_, to:

> Lisa David, District Clerk
> Williamson County Courthouse
> 368th Judicial District Court
> Post Office Box 24
> Georgetown, Texas  78627

_____
Johnny Moreno #1485335, Movant

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## APPLICATION FOR A WRIT OF HABEAS CORPUS
### SEEKING RELIEF FROM FINAL FELONY CONVICTION
### UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

NAME: Johnny Moreno

DATE OF BIRTH: September 19, 1965

PLACE OF CONFINEMENT: Polunsky Unit - TDCJ-CID

TDCJ-CID NUMBER: 1485335          SID NUMBER: 03306427

DEFENDANT'S
EXHIBIT
"A"

(1)    This application concerns (check all that apply):

☒    a conviction              ☐    parole

☒    a sentence                ☐    mandatory supervision

☐    time credit               ☐    out-of-time appeal or petition for
X    DNA                             discretionary review

(2)    What district court entered the judgment of the conviction you want relief from?
       (Include the court number and county.)

       368th Judicial District Court - Williamson County, Texas

(3)    What was the case number in the trial court?

       07-712-K368

(4)    What was the name of the trial judge?

       Burt Carnes

FILED
___ o'clock ___
SEP 10 2014
District Clerk, Williamson Co., TX.

Effective: January 1, 2014                1                                      Rev. 01/14/14

Polunsky Unit Recvd 10/29/14

NO. 07-712-K368B

THE STATE OF TEXAS VS. JOHNNY
MORENO

§ IN THE
§ 368TH JUDICIAL DISTRICT
§ COURTOF
§ WILLIAMSON COUNTY, TEXAS
§
§

## WAIVER OF SERVICE

NOW COMES JANA DUTY, District Attorney of Williamson County, Texas, and hereby

acknowledges that she has on the 18th day of September, 2014, received from the District Clerk's Office a

copy of the Application for Writ of Habeas Corpus filed on September 18, 2014, in the above entitled and

numbered cause and she hereby waives delivery to her of said Application by certified mail.

DEFENDANT'S
EXHIBIT
"B"

JANA DUTY, District Attorney
Williamson County, Texas

BY: M.Brooks , Assistant DA

LISA DAVID, District Clerk
Williamson County, Texas

BY: Angela Garcia, Deputy

FILED
at 1050 o'clock ___ M

SEP 19 2014

Lisa David
District Clerk, Williamson Co, TX

To Lunsky Unit Recvd 10/29/14